IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DUST CATCHERS, INC.,<br>Plaintiff,<br><br>v.<br><br>MARIA GUERRA LAPACEK, Comm'r of the City of Chicago Dep't of Business Affairs and Consumer Protection; DAVID MADLENER, City of Chicago Dep't of Business Affairs and Consumer Protection Investigator, and JOHN ESCALANTE, Interim Sup't of City of Chicago Police Dep't,<br>Defendant. | Case No. 16 C 2879<br><br>Judge: Kennelly |

## TEMPORARY RESTRAINING ORDER

This case, filed on today's date, came before the Court on plaintiff's motion for a temporary restraining order. The Court directed plaintiff's counsel to make further efforts to notify defendants, through the City of Chicago's Office of Corporation Counsel, of the filing of the suit and the motion for temporary restraining order, but these efforts were unsuccessful, likely because that Office is closed for the Pulaski Day holiday. The Court has reviewed the complaint and motion for temporary restraining order, and based on those materials finds that plaintiff has a reasonable likelihood of success on the merits on at least one of its claims; plaintiff is at risk of irreparable harm for which there is no adequate remedy at law; the balance of harms favors plaintiff; and the public interest does not weigh against entry of a restraining order.

For these reasons, the Court GRANTS plaintiff's motion for temporary restraining order. The Court BARS enforcement of the City of Chicago's March 4, 2016 Cease and Desist Order issued against plaintiff Dust Catchers, Inc. and BARS any and all personnel of the City of Chicago and the Chicago Police Department from enforcing that Cease and Desist Order, from closing plaintiff's business operations, or from arresting any personnel of plaintiff for violation of the Cease and Desist Order.

This order will expire at 4:30 pm on Thursday, March 10, 2016. A hearing on extension of the order will be held at 9:30 am on Thursday, March 10, 2016 at Room 2188, U.S. District Court, 219 S. Dearborn St., Chicago, Illinois.

Date: 3/7/2016

_____
MATTHEW F. KENNELLY
United States District Judge