IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DUST CATCHERS INC.,

   Plaintiffs,

 v.

MARIA GUERRA LAPACEK, Commissioner of the City of Chicago Department of Business Affairs and Consumer Protection, DAVID MADLENER, City of Chicago Department of Business Affairs and Consumer Protection Investigator, and JOHN ESCALANTE, THE CITY OF CHICAGO POLICE DEPARTMENT, Interim Superintendent of the City of Chicago Police Department,

   Defendants.

Case No: 16-CV-02879

**NOTICE OF RULE 41(a)(1)(A)(i) DISMISSAL**

Plaintiff Dust Catchers Inc. ("DCI") brings this Rule 41(a)(1)(A)(i) motion for dismissal without prejudice and states:

**INTRODUCTION**

Plaintiff Dust Catchers Inc. filed a complaint and motion for temporary restraining order in this case on March 7, 2016. The Honorable Court presiding held two hearings for the motion for TRO on the date of filing - one at 10:30 a.m. and the other at 1:30 p.m.. At the first hearing, the Honorable Court informed plaintiff's counsel of the steps he would need to take to provide notice of the TRO hearing to the

1

defendants and to City of Chicago corporation counsel. Due to the Pulaski holiday, the attempts to contact the defendants and their counsel were unsuccessful. However, at the second hearing that afternoon, the Honorable Court granted plaintiff's request for TRO until Thursday, March 10, 2016 at 4:30 p.m. The Court also set a continued hearing date for March 10, 2016 at 9:30 a.m., and informed plaintiff's counsel of the steps he would need to take to provide notice of the suit to the defendants and defendants' counsel.

Both counsel for the plaintiff and defendants appeared at the continued hearing date on March 10, 2016. The parties informed the Honorable Court that plaintiff obtained a copy of his regulated business license, that all outstanding holds on the issuance of the regulated business license were resolved, and that the March 4, 2016 Cease & Desist issued against DCI was withdrawn and rendered moot. The Honorable Court set status for March 16, 2016. Both counsel for plaintiff and defendants appeared on that date, and informed the Court that the only matter pending was resolution of the March 4, 2016 Administrative Notice of Violation ("ANOV"). As of March 23, 2016, the parties have resolved the ANOV, the Cease & Desist, and the licensing issue.

## DISCUSSION

**A. Plaintiffs May Move For Federal Rule of Civil Procedure 41(a)(1)(A)(i) Dismissal If the Defendants Have Not Yet Served An Answer or Motion for Summary Judgment.**

Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) states that the plaintiff may dismiss an action unilaterally by filing a notice of dismissal before the opposing party serves either an answer or motion for summary judgment.

In this case, none of the defendants have filed or served an answer or motion for summary judgment.

Therefore, we respectfully request the dismissal of this action pursuant to this notice and Rule 41(a)(1)(A)(i).

WHEREFORE, DCI requests the following relief:

A. Dismissal of this case without prejudice pursuant to FRCP 41(a)(1)(A)(i).

Dated: March 23, 2016

Respectfully submitted,

/s/ Ankur Shah

Ankur Shah (6295435)
Shah Legal Representation
333 South Wabash Ave., Suite 2700
Chicago, IL 60604
312-612-9221
ashah@shahlegalrep.com
*Attorney for plaintiffs Dust Catchers Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that the above Notice of Rule 41(a)(1)(A)(i) dismissal will be served on the following persons through the Northern District of Illinois CM/ECF system:

Thomas McNulty
Assistant Corporation Counsel
City of Chicago Law Department Constitutional and Commercial Litigation Division
30 North LaSalle St., Suite 1230
Chicago, IL 60602
(312) 742-0307
thomas.mcnulty@cityofchicago.com
*Attorney for Defendants Maria Guerra LaPacek, David Madlener, & John Escalante*

/s/ Ankur Shah
_____
Ankur Shah, IL Bar #6295435